[Cite as *State ex rel. Brown v. Duramed*, 107 Ohio St.3d 295, 2005-Ohio-6512.]

THE STATE EX REL. BROWN, APPELLANT, *v.* DURAMED
PHARMACEUTICALS, INC. ET AL., APPELLEES.
[Cite as *State ex rel. Brown v. Duramed Pharmaceuticals, Inc.*,
107 Ohio St.3d 295, 2005-Ohio-6512.]

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2005-0562 — Submitted October 25, 2005 — Decided December 28, 2005.)

APPEAL from the Court of Appeals for Franklin County,

No. 04AP-81, 2005-Ohio-750.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

————————————

Butkovich, Crosthwaite & Gast Co., L.P.A., and Daryl A.W. Crosthwaite, for appellant.

Jim Petro, Attorney General, and Shawn M. Wollam, Assistant Attorney General, for appellee Industrial Commission of Ohio.

————————————